TRINETTE G. KENT (State Bar No. 025180)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 699-8693
Facsimile:  (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Joseph Stratton

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Stratton,<br><br>Plaintiff,<br><br>vs.<br><br>CBE Group, Inc.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01050-DKD<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# NOTICE OF DISMISSAL

Joseph Stratton ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

LEMBERG LAW, LLC

 */s/ Trinette G. Kent*
TRINETTE G. KENT
Attorney for Plaintiff

2

1

2

3

## CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and

4

5

6

not a party to the above-entitled cause. On June 25, 2015, I served a true copy of

foregoing document(s): **NOTICE OF VOLUNTARY DISMISSAL**.

7

8

9

10

11

12

13

14

**BY ELECTRONIC FILING:** I hereby certify that on June 25, 2015, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

**Attorney for Defendants CBE Group, Inc.**

15

16

17

18

19

20

21

22

23

I am readily familiar with the firm's practice of collection and processing

correspondence for mailing. Under that practice it would be deposited with the U.S.

Postal Service on that same day with postage thereon fully prepaid in the ordinary

course of business. I am aware that on motion of the party served, service is presumed

invalid if postal cancellation date or postage meter date is more than one day after the

date of deposit for mailing in affidavit.

24

25

26

I hereby certify that I am employed in the office of a member of the Bar of this

Court at whose direction the service was made.

27

Executed on June 25, 2015.

28

3

1

2                                                              */s/ Trinette G. Kent*
                                                               TRINETTE G. KENT
3                                                              Attorney for Plaintiff

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4